PS 42
(Rev 07/93)

# United States District Court
## District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 FEB 17 AM 11: 24

OFFICE OF THE CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Jimmie Pankonin | ) | Case No. 8:05CR215 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jimmie Pankonin, have discussed with Fred A. Samway, Pretrial Services Officer, modification of my conditions of release as follows:

**Modification of Condition 7 (g) to read:**

7 (g)   The defendant shall not leave Nebraska without permission of his supervising officer.

**Removal of Condition 7 (k)**

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 2-15-06         _____ 2/14/06
Signature of Defendant       Date           Pretrial Services Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____         2/16/06
Signature of Defense Counsel             Date

[X]   The above modification of conditions of release is ordered, to be effective on 2/14/06

[ ]   The above modification of conditions of release is not ordered.

_____         2/17/06
Signature of Judicial Officer             Date