IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR215** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JIMMIE L. PANKONIN, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the unopposed[1] motion to extend his self surrender date to after November 1, 2006 (Filing No. 55).

Defense counsel described the Defendant's medical condition and attached documentation provided by the Defendant's physician. The Court will grant the request to continue the self surrender date. However, the Court cautions that it is unlikely that further continuances will be granted.

IT IS ORDERED:

1. The Defendant's motion to extend his self-surrender date to after November 1, 2006 (Filing No. 55) is granted;

2. The Defendant shall report no later than 2:00 p.m. on November 2, 2006, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 26th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] The Assistant United States Attorney represented to the Court that he has no objection to the request.